REBECCA DYCKMAN *et al.* agt. STEPHEN ALLEN *et al.*

Where, in an action for trespass on lands by several plaintiffs, and during the pendency of the suit, one of the plaintiffs dies, the suit abates: it does not survive to the co-plaintiffs.

*December Term,* 1845.

MOTION by defendants for judgment as in case of nonsuit.

The defendants moved on a stipulation given by plaintiff 23d May, 1845, to try, and an affidavit showing that subsequent thereto a circuit was held at which the cause was not noticed for trial by plaintiffs, &c. The plaintiffs showed that this was an action for trespass on lands claimed by plaintiffs; that Cathalina B. Dyckman, one of the plaintiffs, died on the 22d February, 1845, and that no suggestion of her death had been made.

WARD & LOCKWOOD, *defendants' attorneys.*
W. N. DYCKMAN, *plaintiffs' attorney.*

JEWETT, Justice. Motion denied without costs to [*18] either party, on the *ground that the suit abated by the death of C. B. Dyckman on the 22d February, 1845; it being an action of trespass on lands, the cause of action did not survive to her co-plaintiffs. (2 *R. S.* 386, § 1.)

Another cause between the same plaintiffs and Amos Bixby, for a like motion, was decided the same.